

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2022

No. 04-22-00571-CV

**IN RE BUCHHEIT TRUCKING SERVICE, INC**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

On September 2, 2022, relator filed a petition for writ of mandamus. On September 6, 2022, relator filed an emergency motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real parties in interest may file a response to relator's motion for stay on or before **September 20, 2022.** Respondent and real parties in interest may file a response to the petition filed in this court no later than **September 28, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's emergency motion is **GRANTED IN PART**. The trial court's August 9, 2022 "Order Granting Motion to Compel The Oral Deposition of Jeff Buchheit" is STAYED until **September 30, 2022, at 5:00 P.M. CST**.

It is so **ORDERED** on September 13, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2019CVA00171-D3, styled *Rosario Camarillo-Cabello, Individually and as next friend of Miguel Angel Cabello, A Minor vs. Buchheit Trucking Service, Inc., Michael Scott French, and The Estate of Jesus Tapia, Jr.; Jesus Tapia, III, Individually and as Wrongful Death Beneficiary and Representative of the Estate of Jesus Tapia, Jr. vs. Buchheit Trucking Service Inc., Scott Michael French, and Matt Miller*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.